# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

        *v.*                              **Docket # 4:09CR3097**

**Randy Joe Breiner** _____

On November 15, 2004, Mr. Randy Joe Breiner was sentenced to 121 months custody, to be followed by 60 months supervised release. On October 20, 2006, the offender had a Rule 35(b) hearing and his sentence was amended to 67 months custody to be followed by 5 years supervised release. The period of supervised release commenced April 3, 2009. Mr. Randy Joe Breiner has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Mr. Randy Joe Breiner be discharged from supervision.

                                               Respectfully submitted,

                                               *[signature]*
                                               Jennifer A. Iverson
                                               U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __**10th**__ day of __**January**__, 2012.

                                               s/ Richard G. Kopf
                                               The Honorable Richard G. Kopf
                                               United States Senior District Judge